

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MARIA CYNTHIA BUSTAMANTE, | § | No. 08-18-00038-CR |
|  | § |  |
| Appellant, | § | Appeal from the |
|  | § |  |
| V. | § | County Criminal Court No. 4 |
|  | § |  |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
|  | § |  |
| Appellee. | § | (TC# 20140C06100) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the judgment of conviction should be reformed to reflect that Appellant was sentenced by the trial court to serve 180 days' confinement in the county jail, in accordance with the opinion of this Court. We therefore affirm the judgment of the trial court as reformed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF APRIL, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.